**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

DIANA ABALOLA,

                    Plaintiff,

          -against-                                              20 **CIVIL** 6199 (GHW)

                                                                **JUDGMENT**

ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,
Doing business as Mt. Sinai-Morningside Hospital,
MOUNT SINAI HEALTH SYSTEM,
STEPHANIE GUARENO, individually, and ANN
MCNICHOLAS, individually,

                    Defendants.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 30, 2022, Defendants' motion

for summary judgment is GRANTED as to Abalola's § 1981 claims. Abalola's remaining state

law claims are dismissed without prejudice to refiling in state court; accordingly, the case is

closed.

**Dated:**  New York, New York

          March 31, 2022

                                        **RUBY J. KRAJICK**
                              _____
                                        **Clerk of Court**

                    **BY:**  _____
                                        **Deputy Clerk**